Judy COPELAND, with help of room mate Carl Shell due to Judy Copeland's mental retardation, Plaintiff,

Carl Shell, Proposed Intervenor–Appellant,

v.

HOUSING AUTHORITY OF HOLLYWOOD, Tim Schwartz, Defendants–Appellees.

No. 07–15744
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 11, 2009.

Carl Shell, Hollywood, FL, pro se.

Jeffrey L. Hochman, Johnson, Anselmo, Murdoch, Burke, Piper & McDuff, P.A., Ft. Lauderdale, FL, for Defendants–Appellees.

Before CARNES, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Because we have decided that the district court properly granted summary judgment on Judy Copeland's claims underlying this challenge, *see Copeland v. Housing Authority of Hollywood,* No. 08–10744 (11th Cir. Nov. 28, 2008), we AFFIRM the District Court's denial of Appellant Shell's motion to intervene below.